MORRIS ISER, Respondent, v. MEYER HURWITZ, Appellant. HERBERT MARK. BUILDING CORP., INC., and Others, Respondents.— Stay continued to enable defendant Hurwitz to comply with the conditions indicated in the decision on the appeal. Present — Young, Rich, Kapper, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN McQUADE, Appellant.— Motion to dismiss appeal denied, with leave to renew upon the argument of the appeal. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PASQUALE TRENTACOSTA, Appellant.— Motion to dismiss appeal denied, with leave to renew upon the argument of the appeal. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.